■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL STEWART, Respondent, v JOE FOREMAN, as Superintendent of the Erie County Holding Center, et al., Appellants.—Judgment unanimously reversed, on the law, and writ of habeas corpus dismissed. Memorandum: There is no merit to relator's claim that he was deprived of the right to counsel at his preliminary parole revocation hearing *(People ex rel. Clanton v Smith,* 105 AD2d 1123, *lv denied* 64 NY2d 606; *see also,* Executive Law § 259-i [3] [c] [iii], [v]; 9 NYCRR 8005.5 [b]; *People ex rel. Calloway v Skinner,* 33 NY2d 23, 31). Relator's remaining claim, that he was not given timely notice of the parole violation charges against him *(see,* Executive Law § 259-i [3] [c] [iii]), is not supported by the record. (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—habeas

corpus.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.